FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0330

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-21-0330

JASON TERRONEZ,

       Plaintiff and Appellant

   v.

DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.

       Defendant and Appellee

## [PROPOSED] ORDER GRANTING APPELLANT JASON TERRONEZ'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Jason Terronez, having filed an Unopposed Motion for Extension of Time to File Responses and any Replies pursuant to Mont. R. App. P. 26(1), and good cause appearing therefore;

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED and Appellant Terronez's opening brief will be due on or before October 10, 2021,

Dated this ____ day of _____2021.

_____
Clerk of Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 24 2021